**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, et al,

                Plaintiffs,        20 **CIVIL** 1688 (LJL)

      -against-            **JUDGMENT**

BUILDING MAINTENANCE CORP.,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 31, 2020, the Petition is granted, the underlying arbitration award is confirmed, and judgment is entered in favor of Petitioners and against Respondent as follows:

1. Directing Respondent to comply with an audit covering July 11, 2013 through the present as awarded by the arbitrator;
2. Awarding Petitioners $2400 pursuant to the September 29, 2019 arbitration award;
3. Awarding Petitioners $70 in costs arising out of the collection efforts;
4. Awarding Petitioners $379 in attorney's fees for time spent in collection efforts;
5. Awarding Petitioners post-judgment interest at the statutory rate.

**Dated:** New York, New York
       March 31, 2020

                          **RUBY J. KRAJICK**
                          _____
                            Clerk of Court
        **BY:**
                    _____
                           **Deputy Clerk**